In the Matter of the Application of Eliza S. Bass, Appellant, for a Writ of Mandamus v. S. Fletcher Allen, Supervisor of the Town of Cortlandt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc., for the Purpose of Opening and Extending the Approach to Manhattan Bridge (Bridge No. 3), etc., in the Fourth, Fifth and Eleventh Wards in the Borough of Brooklyn, City of New York, etc. In the Matter of the Application of Ezra D. Bushnell and Thomas Hovenden, Respondents, for Taxation of Their Costs, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Edward Warren Day, Deceased, as a Will of Real and Personal Property. Elbert H. Day and Evelyn Day Bruner, Appellants; Frank B. Torrey, as Executor, etc.; of Edward Warren Day, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to Seventy-seventh Street, from Shore Road to Seventh Avenue, in the Thirtieth Ward of the Borough of Brooklyn, in the City of New York. Eliza H. Janeway, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to Seventy-seventh Street, from Shore Road to Seventh Avenue, in the Thirtieth Ward of the Borough of Brooklyn, in the City of New York. Thomas H. Thomas, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Clement Lockitt, Respondent, for a Peremptory Writ of Mandamus, etc. Daniel Moynahan, Collector of Assessments and Arrears of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Application of Horatio S. Stewart, Respondent, for a Peremptory Writ of Mandamus, etc. Herman A. Metz, Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The Kissena Park Corporation, Respondent, v. The City of New York, Appellant. (No. 1.)— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.